**KAZEROUNI LAW GROUP, APC**
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Laura Casteel

**GREENBERG TRAURIG, LLP**
Lori Chang (SBN 228142)
ChangL@gtlaw.com
Max B. Bogost (SBN 386943)
Max.Bogost@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:    (310) 586-3863
Facsimile:    (310) 586-7800

*Attorneys for Defendant*,
Mixtiles USA, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA CASTEEL, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MIXTILES USA, INC.<br><br>    Defendant. | Case No.: 1:26−CV−00265−FJS<br><br>[Assigned to Hon. Frank J. Singer]<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT MIXTILES USA, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed:    January 13, 2026<br><br>Trial Date:    None Set |

STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT

## STIPULATION

Pursuant to this District's Local Rules 143 and 144, Plaintiff Laura Casteel ("Plaintiff") and Defendant Mixtiles USA Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff commenced this action on January 13, 2026 (ECF 1);

WHEREAS, on April 9, 2026, the Court issued an Order requiring Plaintiff to file a Status Report on or before April 17, 2026, regarding "the status of service upon Defendant and when service occurred," and continued the Scheduling Conference from April 14, 2026, to May 13, 2026 (ECF 7);

WHEREAS, on April 10, 2026, Plaintiff filed the Proof of Service (ECF 8) indicating that Plaintiff served Defendant's registered agent with copies of the Summons and Complaint on January 16, 2026;

WHEREAS, on April 13, 2026, Plaintiff filed the Status Report, informing the Court that Defendant has not responded to the Complaint and that it "might have been an error on Defendant's agent or [sic] Defendant's behalf regarding the response." (ECF 9);

WHEREAS, Defendant is investigating Plaintiff's claim that it was properly served but is seeking this extension in an abundance of caution and without waiver of any jurisdictional defenses, including insufficiency of service of process;

WHEREAS, according to the Status Report, on April 13, 2026, Plaintiff sent a letter to Defendant giving notice of the lawsuit and requested a response from Defendant;

WHEREAS, on April 14, 2026, the Parties conferred and stipulated to extend Defendant's deadline to respond to the Complaint to May 19, 2026;

WHEREAS, Defendant requires a brief extension of time to review the allegations in the Complaint and prepare a meaningful response to the Complaint;

WHEREAS, the Parties have not previously sought an extension to the deadline to respond to the Complaint and submit this stipulation promptly as the need became apparent;

WHEREAS, the extension will not impact any pending deadlines before this Court; and

WHEREAS, this stipulation is made in good faith, good cause exists, and there is no prejudice to the Parties.

STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT

NOW, THEREFORE, the Parties stipulate as follows:

1.  Defendant's deadline to respond to Plaintiff's Complaint is extended to May 19, 2026.

**IT IS SO STIPULATED.**

Dated: April 15, 2026                    Respectfully submitted,

                                         **GREENBERG TRAURIG, LLP**


                                         By: */s/ Lori Chang*
                                         Lori Chang, Esq.
                                         *Attorneys for Defendant*,
                                         MIXTILES USA, INC.


Dated: April 15, 2026                    **KAZEROUNI LAW GROUP, APC**

                                         By: */s/ Gustavo Ponce*
                                         Gustavo Ponce, Esq.
                                         Abbas Kazerounian, Esq.
                                         David J. McGlothlin, Esq.
                                         Mona Amini, Esq.
                                         *Attorneys for Plaintiff*,
                                         LAURA CASTEEL

3

STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CASTEEL, individually and on behalf of all those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MIXTILES USA, INC.<br><br>        Defendant. | Case No.: 1:26−CV−00265−FJS<br><br>ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 11) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may respond to Plaintiff's Complaint. (ECF No. 11.) The Court, having reviewed the Parties' Stipulation to Extend Defendant's Time to Respond to Complaint, and having found good cause, hereby ORDERS that Defendant shall have through May 19, 2026, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

    Dated:    **April 17, 2026**

_____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT