UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA CASTEEL, individually and on behalf of all those similarly situated,

Plaintiff,

v.

MIXTILES USA, INC.

Defendant.

Case No. 1:26-cv-00265-KES-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

On January 13, 2026, Plaintiff Laura Casteel ("Plaintiff") filed a complaint against Defendant Mixtiles USA, Inc., ("Defendant"). (ECF No. 1.) On April 15, 2026, the parties stipulated to extend Defendant's time to respond to Plaintiff's complaint. (ECF No. 11.) The Court granted the parties' stipulation and ordered Defendant to file a response by May 19, 2026. (ECF No. 12.)  Given that Defendant still has time to file its response, the SCHEDULING CONFERENCE currently set for May 13, 2026, is continued to June 4, 2026, at 11:00 AM in COURTROOM 8 (FJS) before Magistrate Judge Frank. J Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and not to be shared.

IT IS SO ORDERED.

Dated:    **May 5, 2026**

_____
UNITED STATES MAGISTRATE JUDGE