UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LAURA CASTEEL, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MIXTILES USA, INC.,<br><br>    Defendants. | Case No. 1:26-cv-00265-FJS<br><br>ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND<br><br>(ECF No. 14) |

## **JOINT STIPULATION**

Pursuant to this District's Local Rules 143 and 144, Plaintiff Laura Casteel ("Plaintiff") and Defendant Mixtiles USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff commenced this action on January 13, 2026 (ECF No. 1);

WHEREAS, on April 15, 2026, the Parties filed a stipulation setting Defendant Mixtiles USA, Inc.'s time to respond to the Complaint to May 19, 2026 (the "Stipulation") (ECF 11);

WHEREAS, on April 17, 2026, the Court granted the Stipulation (ECF No. 12);

WHEREAS, on May 6, 2026, the Court issued an Order Continuing Scheduling Conference from May 13, 2026, to June 4, 2026, at 11:00 AM (ECF No. 13);

WHEREAS, Defendant has preliminarily investigated the allegations in the Complaint, and counsel for Defendant has raised the initial findings with counsel for Plaintiff;

WHEREAS, the Parties require additional time to discuss the evidence and information Defendant has investigated;

WHEREAS, in furtherance of these discussions, counsel for the Parties have conferred via email and agreed to a thirty (30) day extension of Defendant's time to move, answer, or otherwise respond to the Complaint;

WHEREAS, the Parties submit this stipulation promptly after the need became apparent; and

WHEREAS, this stipulation is made in good faith, good cause exists, and there is no prejudice to the Parties.

IT IS HEREBY STIPULATED AND AGREED between the Parties that Defendant's deadline to move, answer, or otherwise respond to the Complaint shall be Thursday, June 18, 2026.

Dated: May 12, 2026                    Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Lori Chang*
Lori Chang, Esq.
Max Bogost, Esq.
*Attorneys for Defendant*,
MIXTILES USA, INC.

Dated: May 12, 2026                    **KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Abbas Kazerounian, Esq.
David J. McGlothlin, Esq.
Mona Amini, Esq.
*Attorneys for Plaintiff*,
LAURA CASTEEL

ORDER

Before the Court is the parties' joint stipulation for an extension of time for Defendant to move, answer, or otherwise respond to Plaintiff's Complaint. (*See* ECF No. 14.) The Court, having reviewed the parties' stipulation to extend Defendant's time to respond to the complaint, and having found good cause, HEREBY ORDERS that Defendant shall have through June 18, 2026, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:  **May 14, 2026**

_____
UNITED STATES MAGISTRATE JUDGE