UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LAURA CASTEEL, | Case No. 1:26-cv-00265-FJS |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| MIXTILES USA, INC. | |
| Defendant. | |

On January 13, 2026, Plaintiff Laura Casteel ("Plaintiff") filed a complaint against Defendant Mixtiles USA, Inc. ("Defendant"). (ECF No. 1.) On April 15, 2026, the parties stipulated to extend Defendant's time to respond to the complaint. (ECF No. 11.) The court entered that stipulation and set May 19, 2026, as the deadline for Defendant's response. (ECF Nos. 11, 12.) On May 12, 2026, the parties once again stipulated to extend Defendant's time to respond to the complaint, which the court granted with Defendant to file a response by June 18, 2026. (ECF Nos. 14, 15.) Given that Defendant still has time to file its response, the SCHEDULING CONFERENCE currently set for June 4, 2026, is continued to August 12, 2026, at 10:00 AM in COURTROOM 8 (FJS) before Magistrate Judge Frank. J Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and not to be shared.

IT IS SO ORDERED.

Dated:   **May 26, 2026**                    _____
                                            UNITED STATES MAGISTRATE JUDGE