UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CASTEEL,<br><br>        Plaintiff,<br><br>   v.<br><br>MIXTILES USA, INC.,<br><br>        Defendant. | Case No.  1:26-cv-00265-FJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 17) |

On June 12, 2026, the Plaintiff Laura Casteel filed a notice of settlement, informing the Court that a settlement in principle has been reached and that dispositional documents will be filed no later than sixty (60) days after the date of filing. (ECF No. 17.) Plaintiff further indicates that the parties anticipate filing for dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims. (*Id.*) Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than August 11, 2026. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **June 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE